UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.:

Name of party requesting extension:

Is this the first application for extension of time in this case?          Yes

No

If no, please indicate which application this represents:          Second

Third

Other _____

Date of Service of Summons:

Number of days requested:          30 days

15 days

Other _____ days

New Deadline Date:          *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

(Note: Plaintiff Imperium IP Holdings (Cayman), Ltd.'s counsel filing on behalf of Defendant Samsung Telecommunications America, LLC)

Full Name:

State Bar No.:

Firm Name:

Address:

Phone:

Fax:

Email:

A certificate of conference does not need to be filed with this unopposed application.