UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.:

Name of party requesting extension:

Is this the first application for extension of time in this case?     Yes

No

   If no, please indicate which application this represents:     Second

Third

Other _____

Date of Service of Summons:

Number of days requested:     30 days

15 days

Other \_\_\_\_\_ days

New Deadline Date:     *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

(Note: Plaintiff Imperium IP Holdings (Cayman), Ltd.'s counsel filing on behalf of Defendant Samsung Electronics America, Inc.)

Full Name:

State Bar No.:

Firm Name:

Address:

Phone:

Fax:

Email:

A certificate of conference does not need to be filed with this unopposed application.