IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IMPERIUM IP HOLDINGS (CAYMAN), LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG SEMICONDUCTOR, INC., SAMSUNG TECHWIN CO., LTD., AND SAMSUNG OPTO-ELECTRONICS AMERICA, INC. (D/B/A SAMSUNG TECHWIN AMERICA), <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § Case Number: 4:14-cv-00371-RC-ALM |

**ORDER GRANTING MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE RESPOND**

Before the Court is the Agreed Motion for Extension of Time to answer or otherwise respond to Plaintiff's Complaint on behalf of Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, Samsung Semiconductor, Inc., Samsung Techwin Co., Ltd., and Samsung Opto-Electronics America, Inc. (d/b/a Samsung Techwin America) (collectively, "Defendants"). Having considered the matter and that it is agreed, the Court GRANTS the motion and extends Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint until September 22, 2014.

**SIGNED this 22nd day of August, 2014.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE