# Exhibit 1

| | |
|---|---|
| **From:** | Jong K Choi <jongk.choi@samsung.com> |
| **Sent:** | Tuesday, July 1, 2014 1:58 PM |
| **To:** | Alan Fisch |
| **Subject:** | RE: Imperium v. Samsung, 4:14cv371 (EDTX) |

Thanks Alan.

From: Alan Fisch [mailto:Alan.Fisch@fischllp.com]
Sent: Tuesday, July 01, 2014 10:51 AM
To: Jong K Choi
Subject: Re: Imperium v. Samsung, 4:14cv371 (EDTX)

Sure.   I will have a copy sent to you in advance.

Take care,
Alan

From: Jong K Choi
Sent: Tuesday, July 1, 2014 1:43 PM
To: Alan Fisch
Subject: RE: Imperium v. Samsung, 4:14cv371 (EDTX)

Thanks very much for doing the filing Alan.  Could I take a look at a draft of the application before it goes out?

Regards,

Jong

From: Alan Fisch [mailto:Alan.Fisch@fischllp.com]
Sent: Tuesday, July 01, 2014 10:37 AM
To: Jong K Choi
Subject: Re: Imperium v. Samsung, 4:14cv371 (EDTX)

Hi Jong,

I agree with your proposed approach.   I will get the 30-day application on file.

Hope all remains well with you.

Take care,
Alan

From: Jong K Choi
Sent: Monday, June 30, 2014 12:57 PM
To: Alan Fisch
Subject: RE: Imperium v. Samsung, 4:14cv371 (EDTX)

1

Hi Alan,

Thanks for looking to obtain the 75 days.  Given service to SSI, I believe this makes September 22, 2014 Samsung's new response date.  Samsung Electronics Co., Ltd. and Samsung Techwin Korea will waive service via the Hague in exchange for this new response date.  I don't have the full details on where you should send service yet, but I will let you know once I receive that information.

For the extension, I imagine the best way to proceed is to use the Court's 30-day and 15-day extension applications for each entity, and then file a motion asking the Court for September 22 as the new response date for all Samsung entities.  If this sounds good to you, would you be able to file the 30-day application?

Regards,

Jong

---

From: Alan Fisch [mailto:Alan.Fisch@fischllp.com]
Sent: Thursday, June 26, 2014 7:00 AM
To: Jong K Choi
Subject: Re: Imperium v. Samsung, 4:14cv371 (EDTX)

Hi Jong,

75 days it is.   Please confirm that you will be accepting service on behalf of all listed defendants.   Thank you.

I look forward to a productive working relationship.

Take care,
Alan

---

From: Jong K Choi
Sent: Thursday, June 26, 2014 1:48 AM
To: Alan Fisch
Subject: RE: Imperium v. Samsung, 4:14cv371 (EDTX)

Hi Alan,

I appreciate your requesting the 75 days.  I'm not sure if I can propose a face-to-face given the phase of the case and the expense required for such a meeting.  I am hoping Imperium will see the value in our waiver of the Hague.  It will avoid major procedural and time-consuming hurdles for two foreign entities.

I will look for your response.  Safe travels.

Regards,
Jong

---

From: Alan Fisch [mailto:Alan.Fisch@fischllp.com]
Sent: Wednesday, June 25, 2014 3:56 PM
To: Jong K Choi
Subject: Re: Imperium v. Samsung, 4:14cv371 (EDTX)

Hi Jong,

I understand the pressure that you may be facing.   I want to begin our relationship together in a positive way, so let me push Imperium for 75 days.  I will try to get you a response in the next 12 hours.  Thank you.

It would be easier for me to get the 75 days if I could inform imperium that during the 75 days that the parties would agree to have a face-to-face meeting between lawyers for each side and business people for each side.  The goal of the meeting would not be resolution, but rather the first step in getting to know one another.   Thank you.

Take care,
Alan

---

From: Jong K Choi
Sent: Thursday, June 26, 2014 12:43 AM
To: Alan Fisch
Subject: RE: Imperium v. Samsung, 4:14cv371 (EDTX)

I appreciate your trying to obtain 60 days.  I think the business units and attorneys were hoping for 90 days, and I will have to check back with them for less.  Do you think Imperium could consider 75 days, especially since we are going to circumvent the Hague, which I understand avoids a lengthy service process?

Regards,

Jong

---

From: Alan Fisch [mailto:Alan.Fisch@fischllp.com]
Sent: Wednesday, June 25, 2014 3:34 PM
To: Jong K Choi
Subject: Re: Imperium v. Samsung, 4:14cv371 (EDTX)

Hi Jong,

Thank you for your fast reply.

I am authorized to extend to you 45 days.   If I could get you 60 days, would that be acceptable?   Thanks.

Take care,
Alan

---

From: Jong K Choi
Sent: Thursday, June 26, 2014 12:29 AM
To: Alan Fisch
Subject: RE: Imperium v. Samsung, 4:14cv371 (EDTX)

Dear Alan,

Thank you for your quick response and getting back to me while you are traveling.  Could Imperium agree to a 90-day extension?  If that works, Samsung¹s U.S. entities can accept service on behalf of the foreign entities so that Imperium does not need to go through the Hague process.  Please let me know if this is agreeable.

Kind regards,

Jong

From: Alan Fisch [mailto:Alan.Fisch@fischllp.com]
Sent: Wednesday, June 25, 2014 2:43 PM
To: Jong K Choi
Subject: Re: Imperium v. Samsung, 4:14cv371 (EDTX)

Dear Mr. Choi,

Thank you for your email and voice mail.

I am happy to provide you with an extension.   Please let me know how much additional time you need.   Please also let me know if you would accept service on behalf of each of the different Samsung defendants.  Thank you.

Please note that I am presently out of the United States. I will be back in my Washington, DC office on Monday. I would be happy to visit by phone with you on Monday if needed. Thank you.

Warm regards,
Alan


From: Jong K Choi
Sent: Wednesday, June 25, 2014 10:57 PM
To: Alan Fisch
Cc: Jong K Choi
Subject: Imperium v. Samsung, 4:14cv371 (EDTX)

Dear Mr. Fisch:

I am counsel for Samsung and write to confer with you about Samsung[1]'s response in the above referenced matter.  I left a voice message but also wanted to send an email in case this is easier.  Could you please call me at your earliest convenience to discuss an extension on answering the Complaint?

Best regards,

Jong


Jong Choi | Counsel | US IP Center (Silicon Valley)
Samsung Electronics US IP Center | 2180 Sand Hill Road, Suite 300 | Menlo Park, CA 94025
work +1-650-529-3713 | mobile +1-408-529-3122 | jongk.choi@samsung.com