# Exhibit 2

| | |
|---|---|
| **From:** | Jong K Choi <jongk.choi@samsung.com> |
| **Sent:** | Tuesday, August 5, 2014 2:33 PM |
| **To:** | Alex DeGiulio |
| **Cc:** | Alan Fisch |
| **Subject:** | RE: Imperium v. Samsung, No. 4:14cv371 (EDTX) |

Alex,

These look good to me.  Thanks.

Best,
Jong


-----Original Message-----
From: Alex DeGiulio [mailto:Alex.DeGiulio@fischllp.com]
Sent: Monday, August 04, 2014 9:29 AM
To: Jong K Choi
Cc: Alan Fisch
Subject: Imperium v. Samsung, No. 4:14cv371 (EDTX)

Dear Mr. Choi,

Per your discussion with Alan Fisch, attached please find draft applications for 15-day extensions on behalf of all four entities. Please let me know if you have any questions or comments.

Regards,
Alex


Alex DeGiulio
Legal Assistant
Fisch Sigler LLP
5335 Wisconsin Avenue, NW
Eighth Floor
Washington, DC 20015
+1.202.362.3529 (direct)