# Exhibit 3

| | |
|---|---|
| **From:** | Bill Sigler |
| **Sent:** | Monday, August 25, 2014 9:57 AM |
| **To:** | Jong K Choi |
| **Cc:** | Alan Fisch |
| **Subject:** | RE: Imperium v. Samsung: Draft Motion and Scheduling |

Hi Jong,

I am following up on my inquiry as to whether Samsung will agree to a Track B schedule.  Please let me know.  Thank you.

Regards,
Bill

From: Jong K Choi [mailto:jongk.choi@samsung.com]
Sent: Thursday, August 21, 2014 2:34 AM
To: Bill Sigler
Cc: Alan Fisch
Subject: RE: Imperium v. Samsung: Draft Motion and Scheduling

Bill,

The motion and proposed order look fine.  We should add the new deadline for SOEA now that the Court granted their motion to extend.

Thanks,
Jong

Bill Sigler <Bill.Sigler@fischllp.com> wrote:

Hi Jong,

Thank you.  A draft proposed order is attached for your review.

Regards,
Bill

From: Jong K Choi [mailto:jongk.choi@samsung.com]
Sent: Wednesday, August 20, 2014 2:25 PM
To: Bill Sigler
Cc: Alan Fisch
Subject: RE: Imperium v. Samsung: Draft Motion and Scheduling

Hi Bill,

Thank you for preparing the motion.  Will you be filing a proposed order with it?  Just so I can take a look, would you mind sending that as well?

I can get back to you about Track B.

Regards,

Jong

---

From: Bill Sigler [mailto:Bill.Sigler@fischllp.com]
Sent: Wednesday, August 20, 2014 7:10 AM
To: Jong K Choi
Cc: Alan Fisch
Subject: Imperium v. Samsung: Draft Motion and Scheduling

Hi Jong,

As discussed, attached, please find a draft motion for an extension of the deadline to respond to the complaint to September 22, 2014. With your approval, I will have the motion filed.

In addition, Imperium intends to seek Track B scheduling for this case as set forth in General Order 14-3, which is attached here for your convenience. Please let me know if Samsung will agree to such a schedule. If so, we can file a joint election. If not, please let me know when you are available to meet and confer on the issue.

Thank you, and hope that all remains well with you.

Regards,
Bill

Bill Sigler
Fisch Sigler LLP
5335 Wisconsin Avenue, NW
Eighth Floor
Washington, DC 20015
+1.202.362.3520 (direct)