**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IMPERIUM IP HOLDINGS (CAYMAN), LTD., | § | |
| Plaintiff, | § | |
| v. | § | Case No. 4:14-cv-00371-ALM |
| SAMSUNG ELECTRONICS CO., LTD., et al., | § | |
| Defendants. | § | |

**IMPERIUM'S NOTICE OF SUBMISSION OF TECHNOLOGY SYNOPSIS**

Pursuant to the Court's Scheduling Order, plaintiff Imperium notifies the Court and defendant Samsung that Imperium submitted its Technology Synopsis to the Court via Federal Express Overnight Delivery. A copy of the synopsis was also sent to opposing counsel of record via Federal Express Overnight Delivery. Attached as Exhibit A is a cover letter accompanying the submission of Imperium's Technology Synopsis. As set forth in the letter, a copy of Imperium's Technology Synopsis is also available online, at www.fischllp.com/imperium.

Date: June 3, 2015

/s/ *Alan M. Fisch*
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler (*pro hac vice*)
*bill.sigler@fischllp.com*
Jennifer K. Robinson (*pro hac vice*)
*jennifer.robinson@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
Tel: (202) 362-3500

Silvia Jordan (*pro hac vice*)
*silvia.jordan@fischllp.com*
FISCH SIGLER LLP
432 Park Avenue South
Fourth Floor
New York, NY 10016
Tel: (212) 235-0440

David M. Saunders (*pro hac vice*)
*david.saunders@fischllp.com*
S. Desmond Jui (*pro hac vice*)
*desmond.jui@fischllp.com*
FISCH SIGLER LLP
96 North Third Street
Suite 260
San Jose, CA 95112
Tel: (650) 362-8200

*Attorneys for Imperium IP Holdings (Cayman), Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2015, I caused true and correct copies of the foregoing to be served via the Court's CM/ECF system upon all counsel of record.

By: *<u>/s/ Alan M. Fisch</u>*
Alan M. Fisch