# Exhibit A

# FISCH SIGLER LLP

5301 Wisconsin Avenue NW • Fourth Floor • Washington, DC 20015 • USA

Alan M. Fisch
**Managing Partner**
Alan.Fisch@FischLLP.com
Direct: +1.202.362.3600
Main: +1.202.362.3500

June 3, 2015

**VIA ECF**

The Honorable Amos L. Mazzant
Paul Brown United States Courthouse
101 East Pecan Street
Sherman, TX 75090

    Re: *Imperium IP Holdings (Cayman), Ltd. v. Samsung Electronics Co., LTD., et al.*, Case No. 4:14-cv-00371-ALM

Dear Judge Mazzant:

  Enclosed please find the following:

1. One CD containing plaintiff Imperium's Technology Synopsis, and

2. One hard copy transcript of Imperium's Technology Synopsis.

  A copy of Imperium's Technology Synopsis is also available online, at www.fischllp.com/imperium. The password is "imperium." If you need anything further, please do not hesitate to have a member of your chambers contact our office.

            Sincerely,

            Alan M. Fisch

cc: All counsel of record

Intellectual Property Trial Attorneys

New York  +  Silicon Valley  +  Washington, DC