IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

DATE: 6/10/15

| U. S. DISTRICT JUDGE | COURT REPORTER: Jan Mason |
|---|---|
| Amos L. Mazzant | COURTROOM DEPUTY: Debbie McCord |

| 4:14cv371; Imperium IP Holdings (Cayman), Ltd. Vs. Samsung Electronics Co., Ltd., et al | |
|---|---|
| Technical Advisor: David Keyzer | |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Markman Hearing |
|---|---|
| 9:01 am | Court called case, noting appearances of counsel. See attached attendance sheet. |
| 9:03 am | Mr. Fisch and Mr. Jenner first addressed the Court. |
| 9:05 am | Mr. Fisch presents 290 patent. |
| 9:11 am | Mr. Pepe responded. |
| 9:19 am | Mr. Fisch replied. |
| 9:20 am | Mr. Fisch presents second and third terms. |
| 9:27 am | Response by Mr. Pepe. |
| 9:39 am | Mr. Fisch reply. |
| 9:42 am | Response by Mr. Pepe to Mr. Fisch's reply. |
| 9:43 am | Parties proceeded with next patent, 029. Court first heard from Mr. Sigler. |

PAGE 2 - PROCEEDINGS CONTINUED:

| TIME: | MINUTES:   Markman Hearing |
|---|---|
| 9:48 am | Response by Mr. Jenner. |
| 10:03 am | Reply by Mr. Sigler. |
| 10:07 am | Response by Mr. Jenner. |
| 10:09 am | Final word by Mr. Sigler. |
| 10:15 am | Mr. Jenner addressed the Court. |
| 10:22 am | Court asked Mr. Sigler to reply. |
|  | Mr. Sigler addressed average image luminance. |
| 10:27 am | Mr. Jenner responded. |
|  | Mr. Sigler replied, one point made by Mr. Jenner. |
| 10:41 am | Court in recess for 15 minute break. |
| 11:00 am | Court in session for 884 patent. Court heard from Dave Saunders. |
| 11:09 am | Response of Chris Harnett. |
| 11:12 am | Court heard further from Mr. Saunders and Mr. Harnett. |
| 11:32 am | Court hopes to have ruling in 30 days.    Court in recess. |

IMPERIUM IP HOLDINGS (CAYMAN) LTD.

VS.                                                           CASE NO. 4:14CV371

SAMSUNG ELECTRONICS CO. LTD.,
ET AL

**June 10, 2015**

**SIGN IN**            **PLEASE PRINT CLEARLY**

| ATTORNEY NAME | FIRM | CLIENT |
| --- | --- | --- |
| Steve Pepe | Ropes & Gray | Samsung |
| Jesse Jenner | " | " |
| Chris Harnett | " " | " " |
| Samuel Brenner | " " | " " |
| Alan Fisch | Fisch Sigler LLP | Imperium |
| R. William Sigler | ↓ | ↓ |
| David Saunders | ↓ | ↓ |
| John F. Bufe | Potter Minton | Samsung |
| | | |
| | | |