# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IMPERIUM IP HOLDINGS (CAYMAN), LTD., § § § § Plaintiff, § § v. § Case No. 4:14-cv-00371-ALM § SAMSUNG ELECTRONICS CO., § LTD., et al., § § Defendants. § § § § | |

## ORDER REGARDING SCHEDULING ORDER

Before the Court is Plaintiff Imperium IP Holdings (Cayman), Ltd., Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.'s Joint Motion to Amend the Scheduling Order (Dkt. #120). Having considered the motion and the fact that it is jointly submitted, the Court determines that the motion is hereby granted in part.

IT IS THEREFORE ORDERED that the following actions shall be completed by the date indicated.

| Deadline | Event |
|---|---|
| August 12, 2015 | Comply with P.R. 3-7 (Opinion of Counsel Defense) |
| September 9, 2015 | Discovery Deadline. All discovery must be served in time to be completed by this date. |
| September 9, 2015 | Parties with burden of proof to designate Expert Witnesses other than claims construction experts and provide their expert witness reports, to include for ALL experts all information set out in Rule 26(2)(B). |

|  |  |
|---|---|
| September 28, 2015 | Parties to designate Expert Witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness reports, to include for ALL experts all information set out in Rule 26(2)(B). |
| September 30, 2015 | Objections to any opening expert report, including Daubert motions, shall be filed.  Such objections and motions are limited to ten pages each. |
| October 6, 2015 | Expert Discovery Deadline. |
| September 9, 2015 | File Dispositive motions and any other motions that may require a hearing.  Regardless of how many dispositive motions a party files, each party is limited to a total of sixty pages for such motions.  Each individual motion shall comply with Local Rule CV-7.<br><br>Responses to motions shall be due in accordance with Local Rule CV-7(e). |
| October 16, 2015 | Objections to any rebuttal expert report, including Daubert motions, shall be filed.  Such objections and motions are limited to ten pages each. |
| December 28, 2015 | Notice of intent to offer certified records. |
| December 28, 2015 | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (see Local Rule CV-16(b)) and Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in nonjury cases). |
| December 30, 2015 | Video Deposition Designation due.  Each party who proposes to offer a deposition by video shall serve on all other parties a disclosure identifying the line and page numbers to be offered. |
| December 30, 2015 | Motions in limine due. |
| December 30, 2015 | File Joint Final Pretrial Order.  See Local Rules Appendix D (obtain form for Exhibit List from District Clerk's Office, or create an Exhibit List form that mirrors the District Clerk's form).  Exchange Exhibits and deliver copies to the court.  At this date, all that is required to be submitted to the court is a hyperlinked exhibit list on disk (2 copies) and no hard copies. |

|   |   |
|---|---|
| January 6, 2016 | Deadline to serve a response with any objections to the video deposition designation. Requesting cross examination line and page numbers to be included. Counsel must consult on any objections and only those which cannot be resolved shall be presented to the court. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the court's rulings on objections. |
| January 15, 2016 | Response to motions in limine due. |
| January 15, 2016 | File objections to witnesses, deposition extracts, and exhibits listed in Pretrial Order. (This does not extend the deadline to object to expert witnesses). If numerous objections are filed, the court may set a hearing prior to docket call. |
| January 15, 2016 | File proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law.) |
| January 29, 2016 | Docket Call and Final Pretrial at 9:00am in Sherman.<br><br>Date parties should be prepared to the try the case. Provide court with two copies of most updated Exhibit List. Absent agreement of the parties, this should not have exhibits which were not listed in the Final Pretrial Order, but may have some deletions depending on rulings on objections. At this date, the parties should be prepared to give the Deputy Clerk one hard copy of the exhibits. |
| February 1, 2016 | 9:30 a.m. Jury Selection and Trial in Sherman, Texas. |

**SIGNED this 12th day of August, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE