# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

|  |  |
|---|---|
| IMPERIUM IP HOLDINGS (CAYMAN), LTD., ) | ) |
| ) | |
| Plaintiff and Counterclaim Defendant, ) | |
| ) | Case No. 4:14-cv-00371 (RC)(ALM) |
| v. ) | |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., ) | |
| SAMSUNG ELECTRONICS AMERICA, INC., ) | |
| SAMSUNG TELECOMMUNICATIONS ) | |
| AMERICA, LLC, AND SAMSUNG ) | |
| SEMICONDUCTOR, INC. ) | |
| ) | |
| Defendants and Counterclaim Plaintiffs. ) | |
| ) | |

## JOINT MOTION TO EXTEND THE EXPERT DISCOVERY DEADLINE

Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. and Plaintiff Imperium IP Holdings (Cayman), Ltd. (collectively, the "Parties") jointly move to extend the deadline to complete expert discovery to October 30, 2015.

Under the Court's Scheduling Order (Dkt. No. 70), the Expert Discovery Deadline is October 6, 2015.[1]  In accordance with the Court's latest amendment to the Scheduling Order (Dkt. No. 122), the Parties' designated Expert Witnesses provided opening and rebuttal reports on September 9, 2015 and September 28, 2015, respectively.  An extension of the Expert Discovery Deadline to October 28, 2015 will provide the Parties with additional time to complete the depositions of these witnesses.  This amendment is requested in good faith and will not result in undue delay or impact the Pretrial Conference or Jury Selection dates in this matter.

---

[1] The Expert Discovery deadline was unchanged by the Court's previous amendments to the Scheduling Order (Dkt. Nos. 90, 122).

Therefore, the parties respectfully request that the Court grant the attached order.

Dated: October 2, 2015

Respectfully submitted,

By:   /s/ *Samuel Brenner*
        *(by John F. Bufe, with permission)*

Jesse J. Jenner
Christopher Harnett
Steven Pepe
Alexander E. Middleton
Steven M. Balcof
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
*jesse.jenner@ropesgray.com*
*christopher.harnett@ropesgray.com*
*steven.pepe@ropesgray.com*
*alexander.middleton@ropesgray.com*
*steven.balcof@ropesgray.com*

Samuel L. Brenner
Scott S. Taylor
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
*samuel.brenner@ropesgray.com*
*scott.taylor@ropesgray.com*

Michael E. Jones
John F. Bufe
Allen F. Gardner
SBN: 10929400
Potter Minton, PC
110 N. College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
*mikejones@potterminton.com*
*johnbufe@potterminton.com*
*allengardner@potterminton.com*
*Attorneys for Defendants Samsung Electronics Co.,
Samsung Electronics America, Inc., and Samsung
Semiconductor, Inc.*

Dated: October 2, 2015

Respectfully submitted,

By: */s/ R. William Sigler*

*(by John F. Bufe, with permission)*

Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler (*pro hac vice*)
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Jennifer K. Robinson (*pro hac vice*)
*jennifer.robinson@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
Tel: (202) 362-3500

Silvia Jordan (*pro hac vice*)
*silvia.jordan@fischllp.com*
FISCH SIGLER LLP
432 Park Avenue South
Fourth Floor
New York, NY 10016
Tel: (212) 235-0440

David M. Saunders (*pro hac vice*)
*david.saunders@fischllp.com*
S. Desmond Jui (*pro hac vice*)
*desmond.jui@fischllp.com*
Sruli Yellin (*pro hac vice*)
*sruli.yellin@fischllp.com*
FISCH SIGLER LLP
96 North Third Street
Suite 260
San Jose, CA 95112
Tel: (650) 362-8200
*Attorneys for Imperium IP Holdings*
*(Cayman), Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2015, the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and thereby served upon counsel of record.

By:  */s/ John F. Bufe*
John F. Bufe

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that the parties met and conferred as required by Local Rule CV-7(h) and that the motion is jointly submitted.

By:  */s/ John F. Bufe*
John F. Bufe