# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IMPERIUM IP HOLDINGS (CAYMAN), LTD., | ) |
| | ) Case No. 4:14-cv-00371 (RC)(ALM) |
| Plaintiff and Counterclaim Defendant, | ) |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| SAMSUNG ELECTRONICS CO., LTD., | ) |
| SAMSUNG ELECTRONICS AMERICA, INC., | ) |
| SAMSUNG TELECOMMUNICATIONS | ) |
| AMERICA, LLC, AND SAMSUNG | ) |
| SEMICONDUCTOR, INC., | ) |
| | ) |
| Defendants and Counterclaim Plaintiffs. | ) |

## DEFENDANTS' NOTICE OF COLLATERAL PROCEEDING
## PURSUANT TO LOCAL RULE 42(A)

Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. (collectively, "Samsung") hereby provide notice that on November 16, 2015, in the District of Delaware, Defendants filed a complaint against plaintiff Imperium IP Holdings (Cayman), Ltd. for breach of contract (Civil Action No. 15-1059).

Dated: November 23, 2015    Respectfully submitted,

<div style="margin-left:2em">

By:   */s/ Steven Pepe*
    *(with permission by John F. Bufe)*
Jesse J. Jenner
Christopher Harnett
Steven Pepe
Alexander E. Middleton
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
*jesse.jenner@ropesgray.com*
*christopher.harnett@ropesgray.com*
*steven.pepe@ropesgray.com*
*alexander.middleton@ropesgray.com*

Samuel L. Brenner
Scott S. Taylor
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
*samuel.brenner@ropesgray.com*
*scott.taylor@ropesgray.com*

Michael E. Jones
SBN: 10929400
John F. Bufe
SBN: 03316930
Allen F. Gardner
SBN: 24043679
Potter Minton, PC
110 N. College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
*mikejones@potterminton.com*
*johnbufe@potterminton.com*
*allengardner@potterminton.com*

*Attorneys for Defendants Samsung Electronics Co., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2015, the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and thereby served upon counsel of record.

By: *John F. Bufe*
JOHN F. BUFE