# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IMPERIUM IP HOLDINGS (CAYMAN), LTD., | § § § § |
| Plaintiff, | § § |
| v. | §   Case No. 4:14-cv-00371-ALM § |
| SAMSUNG ELECTRONICS CO., LTD., et al., | § § § § |
| Defendants. | § § § § § |

**IMPERIUM'S NOTICE OF ASSERTED CLAIMS AND ACCUSED PRODUCTS**

To narrow this case for trial, Imperium respectfully submits this Notice of Asserted Claims and Accused Products.

Imperium will assert only the following claims at trial:

| Patent | Asserted Claims |
| --- | --- |
| '290 Patent | 1, 10 |
| '884 Patent | 1, 5, 6, 14, 17, 18, 19 |
| '029 Patent | 1, 6, 7 |

Imperium will not accuse the following Samsung products of infringement at trial: ATIV Book 8, ATIV Book 9, ATIV Book 9 Lite, Series 5 Ultratouch, Series 6, Series 7 (non-Chronos), Series 9, ES80, EX2F, Galaxy Camera, Galaxy NX, Galaxy Wi-Fi Camera, HZ10W, HZ15W, MV900F, NV4, NV15, NV40, PL90, PL170, S85, S630, S730, SL40, SL720, SL820, ST90, ST200F, ST600, and TL90.

Imperium reserves the right to further narrow the case prior to trial.

| | |
|---|---|
| Dated: November 25, 2015 | Respectfully submitted,<br><br>/s/ *Jeffrey M. Saltman*<br>Alan M. Fisch<br>*alan.fisch@fischllp.com*<br>R. William Sigler (*pro hac vice*)<br>*bill.sigler@fischllp.com*<br>Jeffrey M. Saltman (*pro hac vice*)<br>*jeffrey.saltman@fischllp.com*<br>FISCH SIGLER LLP<br>5301 Wisconsin Avenue NW<br>Fourth Floor<br>Washington, DC 20015<br>Tel: (202) 362-3500<br><br>Silvia Jordan (*pro hac vice*)<br>*silvia.jordan@fischllp.com*<br>FISCH SIGLER LLP<br>432 Park Avenue South<br>Fourth Floor<br>New York, NY 10016<br>Tel: (212) 235-0440<br><br>David M. Saunders (*pro hac vice*)<br>*david.saunders@fischllp.com*<br>FISCH SIGLER LLP<br>96 North Third Street<br>Suite 260<br>San Jose, CA 95112<br>Tel: (650) 362-8200<br><br>*Attorneys for Imperium IP Holdings (Cayman), Ltd.* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2015, the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and thereby served upon counsel of record.

By: */s/ Jeffrey M. Saltman*
Jeffrey M. Saltman