# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| IMPERIUM IP HOLDINGS (CAYMAN), LTD. | § § § | |
| V. | § § | CASE NO. 4:14cv371 (Judge Mazzant) |
| SAMSUNG ELECTRONICS CO., LTD., ET AL. | § § § | |

## ORDER

Pending before the Court is Defendants' Opposed Motion to Stay Litigation Pending Determination of Imperium's Breach of the Sony License by the District Court of Delaware (Dkt. #171). Plaintiff shall file its response no later than 5:00 p.m. on December 7, 2015; Defendants shall file any reply no later than 5:00 p.m. on December 9, 2015.

Counsel are reminded to submit courtesy copies to the Court in accordance with this Court's Local Rules.

**IT IS SO ORDERED.**
SIGNED this 1st day of December, 2015.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE