# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IMPERIUM IP HOLDINGS (CAYMAN), LTD., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, AND SAMSUNG SEMICONDUCTOR, INC. <br><br> Defendants and Counterclaim Plaintiffs. | Case No. 4:14-cv-00371 (RC)(ALM) <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS' NOTICE OF INTENT TO OFFER CERTIFIED RECORDS

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. (collectively "Samsung") hereby give notice of their intent to offer into evidence the following certified records:

| Document Title | Bates Number |
| --- | --- |
| 1997-01-10 - Japanese Patent Application Pub. No. H9-6592 entitled "Semiconductor Integrated Circuit" (Seki -Toshiba) with certified translation | SAM-371_00097888-7944 |
| 1999-04-30 - Japanese Patent Application Pub. No. H11-119288 entitled "Strobe Device" (Shimada - Olympus) with certified translation | SAM-371_00101100-1127 |
| 1989-11-21 – Japanese Patent Application Pub. No. H01-289925 entitled "Stroboscopic System for Cameras" (Nakajima – Olympus) with certified translation | SAM-371_00101154-1180 |
| 1999-06-08 - Japanese Patent Application Pub. No. H11-155107 entitled "Image Pickup Device" (Hata - Ricoh Company) with certified translation | SAM-371_00096442-6480 |
| 1989-08-17 - Japanese Patent Application Pub. No. H1-204578 entitled "Television Camera" (Noda - Hitachi, Ltd.) with certified translation | SAM-371_00096481-6510 |
| 1998-04-04 - Japanese Patent Application Pub. No. H10-98650 entitled "Image Pickup Device" (Kato - Hitachi Ltd.) with certified translation | SAM-371_00096672-6695 |
| 1992-05-01 - Japanese Patent Application Pub. No. 1992-130866 entitled "Electronic Imaging Apparatus Provided With Fluorescent Lamp for Illumination" (Iwamatsu - Fuji) with certified translation | SAM-371_00465184-5195 |

Samsung has already made these documents and certifications available to Imperium for inspection.

Respectfully submitted,

Dated: December 28, 2015

By: */s/ John F. Bufe*
    Jesse J. Jenner
    Christopher Harnett
    Steven Pepe
    Alexander E. Middleton
    Ropes & Gray LLP

1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
*jesse.jenner@ropesgray.com*
*christopher.harnett@ropesgray.com*
*steven.pepe@ropesgray.com*
*alexander.middleton@ropesgray.com*

Samuel L. Brenner
Scott S. Taylor
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
*samuel.brenner@ropesgray.com*
*scott.taylor@ropesgray.com*

Michael E. Jones
SBN: 10929400
John F. Bufe
SBN: 03316930
Allen F. Gardner
SBN: 24043679
Potter Minton, PC
110 N. College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
*mikejones@potterminton.com*
*johnbufe@potterminton.com*
*allengardner@potterminton.com*

-4-

                                  Clyde M. Siebman
                                  Siebman, Burg, Phillips & Smith LLP
                                  Federal Courthouse Square
                                  300 N. Travis Street
                                  Sherman, Texas 75090
                                  (903) 870-0070 (office)
                                  (903) 819-3076 (cell)
                                  *clydesiebman@siebman.com*

                                  *Attorneys for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.*

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 28, 2015.

                                                   */s/ John F. Bufe*