IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IMPERIUM IP HOLDINGS (CAYMAN), LTD. | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 4:14-cv-00371-ALM |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD. et al | § | |
| *Defendants.* | § | |

## REPORT OF MEDIATION

A second mediation session was conducted by David Folsom on Tuesday, January 26, 2016, between Plaintiff, Imperium IP Holdings (Cayman), Ltd., and Defendants, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung TeleCommunications America, LLC, and Samsung Semiconductor, Inc.  The mediation session has been suspended. The undersigned mediator will continue to work with the parties in an effort to settle.

Signed this 26th day of January 2016.

>*/s/ David Folsom* _____
>David Folsom
>TXBN: 07210800
>JACKSON WALKER, LLP
>6002-B Summerfield Drive
>Texarkana, Texas  75503
>Telephone: (903) 255-3250
>Facsimile:  (903) 255-3265
>E-mail:  dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 26th day of January 2016.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

>*/s/ David Folsom* _____
>David Folsom

15550842v.1 141408/00380