## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

**DATE:**   2/1/16

DISTRICT  JUDGE                    **COURT REPORTER:**   Jan Mason

**Amos L. Mazzant, III**                    **COURTROOM DEPUTY:**  Debbie McCord

| IMPERIUM VS. SAMSUNG | 4:14CV371 |
|---|---|

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| Jeff Saltman, John Battaglia, Bill Sigler, Alan Fisch, David Saunders, Vince Capone (Corp. Rep,) | Larry Phillips, Kevin Post, Jesse Jenner, Steven Pepe, Chris Harnett, Rebecca Carrizosa, Alexander Middleton, Clyde Siebman, Scott Taylor, Sam Benner (Corporate Rep) |

### VOIR DIRE, JURY SELECTION AND TRIAL

| | |
|---|---|
| 10:15 am | Court called case, Plaintiff announced ready.  Defendant announced ready. |
| | Voir dire process begins with Mr. Fisch for Plaintiff. |
| 10:41 am | Voir dire by Mr. Siebman for Defendant. |
| 11:50 am | Voir dire process concludes.  Juror #9 will be held back and other jury panel members exit the courtroom. |
| 11:52 am | Court questions #9. |
| 12:03 pm | Challenges for cause addressed, 13, 16, 18, 19, 24, 28. |
| 12:04 pm | Defense presents challenge for cause, #9, individually questioned, granted; #4, #5, denied. #8 individually brought in for questions, granted. |
| 12:15 pm | Court in recess for 20 minutes for attorney strike list. |
| 12:35 pm | Court in session, Clerk announces juror numbers.  Jury is sworn in and remaining panel members exit the courtroom. |
| 12:43 pm | The Court reads preliminary instructions. |
| 1:11 pm | Jury in recess for lunch until 2:20 pm. |
| 1:12 pm | Mr. Harnett advises objections relate to video depositions. |

| | |
|---|---|
| 1:13 pm | Court in recess. |
| 2:26 pm | Court back in session. |
| 2:27 pm | Jury in. |
| 2:28 pm | Alan Fisch begins Opening Statement on behalf of Plaintiff. |
| 3:13 pm | Mr. Fisch concludes Plaintiff's Opening Statement (45 minutes) |
| 3:14 pm | Christopher Harnett begins Opening Statement on behalf of Defendants. |
| 4:07 pm | Mr. Harnett concludes Defendants' Opening Statement (52.53 minutes). |
| 4:08 pm | Jury out. |
| 4:08 pm | Court inquires whether the Rule has been invoked; both sides indicate yes. Court and Counsel discuss trial scheduling. |
| 4:12 pm | Court in recess. |
| 4:25 pm | Court back in session. |
| 4:26 pm | Jury in. |
| 4:26 pm | Court conditionally admits Exhibits. |
| 4:26 pm | Roy William Sigler calls Joseph Melfi on behalf of Imperium.  Witness sworn. |
| 4:27 pm | Court asks Counsel to approach the bench.  Side bar discussion from 4:27 p.m. to 4:28 p.m. |
| 4:28 pm | Direct Examination of Joe Melfi by Mr. Sigler. |
| 4:42 pm | Cross Examination by Kevin Post. |
| 5:07 pm | Court stops examination to conclude proceedings for the day. |
| 5:08 pm | Jury out. |
| 5:08 pm | At the inquiry of the Court, Mr. Post indicates this is a good time to address outstanding deposition designation objections. |
| 5:09 pm | On behalf of Imperium, Silvia Jordan addresses deposition designation objections. |
| 5:13 pm | Scott Taylor responds on behalf of Samsung. |
| 5:17 pm | Ms. Jordan responds.  Discussion between the Court and Ms. Jordan. |

| | |
|---|---|
| 5:20 pm | Mr. Taylor responds with regard to Defendants' counter-designations, and also addresses hearsay objection. |
| 5:21 pm | Court addresses Ms. Jordan with respect to Mr. Taylor's comments.  The Court overrules Imperium's objections, with the exception that if there is something Samsung designated that wasn't disclosed at the appropriate time, it should be excluded. |
| 5:22 pm | On behalf of Imperium, S. Desmond Jui addresses objections to a different counter-designation. |
| 5:26 pm | Mr. Taylor responds on behalf of Samsung. |
| 5:28 pm | Mr. Jui responds. |
| 5:29 pm | The Court sustains the objections. |
| 5:29 pm | Mr. Taylor indicates that Samsung withdraws its previous deposition designation objections. |
| 5:29 pm | Nothing further from Plaintiff or Defendants. |
| 5:30 pm | Court in recess, to resume at 9:00 a.m. on February 2, 2016. |

Day 2 - February 2, 2016

| | |
|---|---|
| 9:00 am | Court calls case, counsel address time issues. |
| 9:06 am | Jury in and seated. |
| 9:07 am | Cross examination of Mr. Melfi continues. |
| 9:24 am | Redirect. |
| 9:21 am | Redirect by Mr. Sigler. |
| 9:25 am | Witness questioning concluded.  Juror questions |
| 9:30 am | Witness is excused. |
| 9:31 am | Next witness via deposition, Jaehun Lim. |
| 9:52 am | Deposition testimony concluded. |
| | Sidebar. |
| 9:54 am | Plaintiff witness via deposition, Jihoon Lee. |
| 10:05 am | Deposition testimony concluded. |

| | |
|---|---|
| 10:06 am | Plaintiff witness via deposition, Hae Sun Lee. |
| 10:16 am | Deposition testimony concluded. |
| 10:16 am | Plaintiff witness Min Kyu Park via deposition. |
| 10:38 am | Deposition testimony concluded. |
| 10:39 am | Jury and court in recess for break. |
| 10:54 am | Court in session, jury seated. |
| 10:56 am | Plaintiff deposition witness, Donguk Park. |
| 11:21 am | Deposition testimony concluded. |
| 11:22 am | Plaintiff witness: Dr. Cameron Wright, sworn in.  Direct by Mr. Fisch. |
| 12:00 pm | Jury and court in recess. |
| 1:18 pm | Court in session, jury seated. |
| | Direct examination continues. |
| 2:08 pm | Cross examination by Mr. Harnett. |
| 2:46 pm | Jury in recess for 15 minutes. |
| 2:47 pm | Discussion regarding trial length. |
| 2:54 pm | Court in recess. |
| 3:05 pm | Court in session.   Jury in and seated. |
| 3:06 pm | Cross examination continues. |
| 3:07 pm | Redirect by Mr. Fisch. |
| 3:09 pm | Recross. |
| 3:12 pm | Witness testimony concluded.  Juror questions. |
| 3:15 pm | Plaintiff deposition witness, Jun Bang. |
| 4:19 pm | Deposition witness testimony concluded. |
| 4:20 pm | Plaintiff deposition witness:  Jongsoo Lee. |
| 4:48 PM | Plaintiff deposition witness: Daniel Shim. |

5:07 pm          Deposition witness testimony concluded.

5:08 pm          Jury and court in recess.