# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IMPERIUM IP HOLDINGS (CAYMAN), LTD., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, AND SAMSUNG SEMICONDUCTOR, INC. <br><br> Defendants and Counterclaim Plaintiffs. | Case No. 4:14-cv-00371 <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS' OPPOSED MOTION TO CONTINUE TIME TO RESPOND TO CURRATIVE INSTRUCTION

Defendants respectfully file this Unopposed Motion to Continue the time to file its Response to Currative Instruction. Defendants respectfully show the Court as follows:

Defendants respectfully files this Motion to Continue the time to file its Response to Currative Instruction from February 4, 2016 at 9:00 p.m. to February 4, 2016 at 9:30 p.m. This request for continuance is not merely for delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Defendant Samsung requests that the deadline to file its Response to Currative Instruction be continued from February 4, 2016 at 9:00 p.m. to February 4, 2016 at 9:30 p.m.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 4, 2016 | By: */s/ Clyde M. Siebman* |
|  | Jesse J. Jenner |
|  | Christopher Harnett |
|  | Steven Pepe |
|  | Alexander E. Middleton |
|  | Ropes & Gray LLP |
|  | 1211 Avenue of the Americas |
|  | New York, NY 10036 |
|  | Telephone: (212) 596-9000 |
|  | Facsimile: (212) 596-9090 |
|  | *jesse.jenner@ropesgray.com* |
|  | *christopher.harnett@ropesgray.com* |
|  | *steven.pepe@ropesgray.com* |
|  | *alexander.middleton@ropesgray.com* |
|  |  |
|  | Samuel L. Brenner |
|  | Scott S. Taylor |
|  | Ropes & Gray LLP |
|  | Prudential Tower |
|  | 800 Boylston Street |
|  | Boston, MA 02199 |
|  | Telephone: (617) 951-7000 |
|  | *samuel.brenner@ropesgray.com* |
|  | *scott.taylor@ropesgray.com* |
|  |  |
|  | Michael E. Jones |
|  | John F. Bufe |
|  | Allen F. Gardner |
|  | SBN: 10929400 |
|  | Potter Minton, PC |
|  | 110 N. College, Suite 500 |
|  | Tyler, Texas 75702 |
|  | Telephone: (903) 597-8311 |
|  | Facsimile: (903) 593-0846 |
|  | *mikejones@potterminton.com* |
|  | *johnbufe@potterminton.com* |
|  | *allengardner@potterminton.com* |

Clyde M. Siebman
Siebman, Burg, Phillips & Smith LLP
Federal Courthouse Square
300 N. Travis Street
Sherman, Texas  75090
(903) 870-0070 (office)
(903) 819-3076 (cell)
*clydesiebman@siebman.com*

*Attorneys for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 4th day of February, 2016, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

/s/ Clyde M. Siebman
Clyde M. Siebman

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that on the 4th day of February, 2016, Counsel for Defendant Samsung contacted Counsel for Plaintiff Imperium regarding the Motion for Continuance and were unable to reach them. Counsel of record stated they did oppose the Motion to Continue.

/s/ Clyde M. Siebman
Clyde M. Siebman