UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IMPERIUM IP HOLDINGS (CAYMAN), LTD., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, AND SAMSUNG SEMICONDUCTOR, INC. <br><br> Defendants and Counterclaim Plaintiffs. | Case No. 4:14-cv-00371 <br><br> **JURY TRIAL DEMANDED** |

# DEFENDANTS' SECOND OPPOSED MOTION TO CONTINUE TIME TO RESPOND TO CURRATIVE INSTRUCTION

Defendants respectfully file this Second Opposed Motion to Continue the time to file its Response to Currative Instruction. Defendants respectfully show the Court as follows:

Defendants have filed and served their Submission Regarding Discovery Issues. However, despite Defendants' best effort and good faith, in order to provide the Court with a substantive response, Defendants was unable to file before 9:35 p.m. The attached response required a Declaration from Jun H. Bang who is at the center of the discovery issues which involves the circumstances surrounding his document production. Mr. Bang is located in South Korea, which poses logistical difficulties especially given time differences. Defendants request leave of Court to file the subject submission. This request is not for the purpose of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Defendant Samsung requests that the deadline to file its Submission Regarding Discovery Issues be continued to 9:35 p.m.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 4, 2016 | By: */s/ Clyde M. Siebman* |

          Jesse J. Jenner
          Christopher Harnett
          Steven Pepe
          Alexander E. Middleton
          Ropes & Gray LLP
          1211 Avenue of the Americas
          New York, NY 10036
          Telephone: (212) 596-9000
          Facsimile: (212) 596-9090
          *jesse.jenner@ropesgray.com*
          *christopher.harnett@ropesgray.com*
          *steven.pepe@ropesgray.com*
          *alexander.middleton@ropesgray.com*

          Samuel L. Brenner
          Scott S. Taylor
          Ropes & Gray LLP
          Prudential Tower
          800 Boylston Street
          Boston, MA 02199
          Telephone: (617) 951-7000
          *samuel.brenner@ropesgray.com*
          *scott.taylor@ropesgray.com*

          Michael E. Jones
          John F. Bufe
          Allen F. Gardner
          SBN: 10929400
          Potter Minton, PC
          110 N. College, Suite 500
          Tyler, Texas 75702
          Telephone: (903) 597-8311
          Facsimile: (903) 593-0846
          *mikejones@potterminton.com*
          *johnbufe@potterminton.com*
          *allengardner@potterminton.com*

Clyde M. Siebman
Siebman, Burg, Phillips & Smith LLP
Federal Courthouse Square
300 N. Travis Street
Sherman, Texas  75090
(903) 870-0070 (office)
(903) 819-3076 (cell)
*clydesiebman@siebman.com*

*Attorneys for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 4th day of February, 2016, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

/s/ Clyde M. Siebman
Clyde M. Siebman

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that on the 4th day of February, 2016, Counsel for Defendant Samsung contacted Counsel for Plaintiff Imperium regarding a Motion for Continuance. Counsel of record stated that they oppose the Motion to Continue for filing after 9:00 p.m.

/s/ Clyde M. Siebman
Clyde M. Siebman