4:14cv371 – Imperium Vs. Samsung

Plaintiff witnesses

1. Joseph Melfi
2. Jaehun Lim (deposition)
3. Jihoon Lee (deposition)
4. Hae Sun Lee (deposition)
5. Min Kyu Park (deposition)
6. Donguk Park (deposition)
7. Dr. Cameron Wright
8. Jun Bang (deposition)
9. Jongsoo Lee (deposition)
10. Daniel Shim (deposition)
11. Vincent Capone
12. Stephanie Ebbeler (deposition)
13. Sean Diaz (deposition)
14. Jose Hernandez (deposition)
15. Daejin Jeon (deposition)
16. Michele Riley

Defendant witnesses

1. Timothy Benner
2. Kenneth Parulski
3. Dr. Jacob Baker
4. Dr. Dean Neikirk
5. John Michaelson
6. Dr. Ray Perryman